UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES L. COOPER | CIVIL ACTION |
| VERSUS | NO. 20-1454 |
| CORNERSTONE CHEMICAL COMPANY | SECTION "R" (5) |

## ORDER AND REASONS

Before the Court is the parties' joint motion to continue the trial and all pretrial deadlines.[1] The Court notes that jury trial in this matter, which was set for the week beginning March 22, 2021,[2] has already been continued by general order. *See* Eastern District of Louisiana, General Order 21-1. The Court also continues the pretrial conference, set for March 11, 2021,[3] until a date to be set at a conference with the Court's Case Manager.

The Court also finds good cause to continue all other unexpired pretrial deadlines. The current discovery deadline expires on February 9, 2021.[4] The parties represent that they are working to schedule depositions for the remaining witnesses, and that plaintiff's deposition is set for February 23,

---

[1]   R. Doc. 17.
[2]   R. Doc. 12 at 4.
[3]   *Id.* at 3.
[4]   *Id.* at 2.

2021.[5] The parties state that they need more time to complete depositions and written discovery.[6]

A preliminary conference will be held **BY TELEPHONE** on **FEBRUARY 9, 2021** at 11:00 a.m. for the purpose of rescheduling the unexpired pretrial deadlines, a pretrial conference, and trial on the merits. The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager.

New Orleans, Louisiana, this __19th__ day of January, 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5]  R. Doc. 17 at 1, ¶ 4.
[6]  *Id.* at ¶ 5.