UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES L. COOPER | CIVIL ACTION |
| VERSUS | NO. 20-1454 |
| CORNERSTONE CHEMICAL COMPANY | SECTION "R" (5) |

## ORDER AND REASONS

Before the Court is defendant Cornerstone Chemical Company's unopposed motion to extend certain pretrial deadlines.[1] Trial in this matter is scheduled for January 24, 2022, with a pretrial conference scheduled for January 6, 2022.[2]

Defendant seeks a continuance of the submission dates of its summary judgment motion, and its *Daubert* motion *in limine* to exclude the expert testimony of Thadeus Dantin.[3] Defendant represents that because plaintiff received an extension to file his oppositions to these motions, defendant would have less than a day to review the oppositions and seek leave to file a

---

[1] R. Doc. 51.
[2] R. Doc. 20 at 6-7.
[3] R. Doc. 51-1 at 1.

reply.[4] Defendant does not seek a continuance of any other deadlines, nor of the trial or pretrial conference.

The Court finds that defendant has shown good cause for modification of the scheduling order. *See* Fed. R. Civ. P. 16(b)(4). But defendant's proposed one-week extension does not leave the Court with sufficient time before the trial to evaluate and rule on pretrial motions. Accordingly, it is ORDERED that the Court's scheduling order of February 9, 2021[5] is modified as follows:

All non-evidentiary pretrial motions, including dispositive motions and motions *in limine* regarding the admissibility of expert testimony, shall be submitted as of **December 17, 2021.**

All deadlines remain as scheduled in this Court's February 9, 2021 scheduling order,[6] unless continued by the Court upon motion for good cause shown.

New Orleans, Louisiana, this __16th__ day of December, 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4]    *Id.*
[5]    R. Doc. 20.
[6]    R. Doc. 20.