UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES L. COOPER | CIVIL ACTION |
| VERSUS | NO. 20-1454 |
| CORNERSTONE CHEMICAL COMPANY | SECTION "R" (5) |

## JUDGMENT

Considering the Court's order on file herein,[1]

IT IS ORDERED, ADJUDGED AND DECREED that Defendant's motion for summary judgment is granted, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 4th day of January, 2022.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 69.