UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES L. COOPER                                    CIVIL ACTION

VERSUS                                                 NO. 20-1454

CORNERSTONE CHEMICAL                     SECTION "R" (5)
COMPANY

## ORDER AND REASONS

Before the Court is plaintiff James Cooper's motion to deny defendant Cornerstone Chemical Company's ("Cornerstone") motion for taxation of costs under Federal Rule of Civil Procedure 54(d).[1]  Defendant Cornerstone opposes the motion on the grounds that it is premature, and that regardless, the motion should be denied on the merits.[2]  For the following reasons, the Court denies the motion.

This case arises from Cornerstone's termination of plaintiff James Cooper, a crane operator,  on February 3, 2020.[3]  On May 14, 2020, plaintiff filed a complaint in this Court alleging that Cornerstone violated the Louisiana Employment Discrimination Law ("LEDL"), La. Stat. Ann. §§

---

[1]      R. Doc. 74.
[2]      R. Doc. 77.
[3]      R. Doc. ¶ 18.

23:301-314, when it fired plaintiff because of his age.[4]  Plaintiff also brought a claim under section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185.[5]  On March 29, 2021, plaintiff filed an amended complaint reasserting his previous claims, and adding a claim for age-based discrimination under the Age Discrimination in Employment Act of 1967 ("ADEA").[6]  On January 3, 2022, this Court granted defendant's motion for summary judgment on all three of plaintiff's claims.[7]  On February 8, 2022 defendant filed a motion for costs pursuant to Rule 54(d) as the prevailing party.[8]  Defendant's bill of costs motion is still pending before the Clerk of Court.  On February 14, 2022, plaintiff filed this motion to deny defendant costs as the prevailing party under Rule 54.[9]

Federal Rule of Civil Procedure 54(d) states that "[u]nless a federal statute, these rules, or a court order provides otherwise, costs . . . should be allowed to the prevailing party."  Fed. R. Civ. P. 54(d).  On motion and within seven days of the taxation of costs, the Clerk's action may be reviewed by this Court.  Fed. R. Civ. P. 54(d).

---

[4]     R. Doc. 1 ¶ 104.
[5]     *Id.* ¶¶ 94-100.
[6]     R. Doc. 23.
[7]     R. Doc. 69.
[8]     R. Doc. 73.
[9]     R. Doc. 74.

Here, plaintiff's motion to deny costs is premature.  A party has seven days to file a motion with the Court to review the Clerk's action regarding costs.  Fed. R. Civ. P. 54(d)(1).  Here, the Clerk of Court has yet to rule on defendant's bill of costs.  Accordingly, the Court finds that plaintiff's Rule 54(d)(1) motion challenging a potential award of costs to defendant is premature.

For these reasons, plaintiff's motion to deny costs to defendant is DENIED.


New Orleans, Louisiana, this ___21st___ day of April, 2022.


_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE