UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES L. COOPER** | **CIVIL ACTION NO. 2:20-cv-01454** |
| **VERSUS** | **JUDGE: Sarah S. Vance** |
| **CORNERSTONE CHEMICAL COMPANY** | **MAGISTRATE: Michael B. North** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEAL

Plaintiff James L. Cooper ("Cooper"), recently deceased, and Jeanelle Cooper, decedent's personal representative, by and through undersigned counsel, hereby give Notice that, pursuant to 28 U.S.C. § 1291, and Federal Rules of Appellate Procedure 43 (a) (2), Plaintiff and Appellant hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final decisions in this action including Judgment entered on the 4th day of January 2022 (R. Doc. 70) which granted Defendant's Motion for Summary Judgment for the reasons set forth in the Order dated January 3, 2022 (R. Doc. 69),  Order dated April 25, 2022 (R. Doc. 79) denying Motion for Reconsideration regarding Judgment and Order (R. Doc. 69, 70), and all interlocutory decisions and orders prior thereto.

Respectfully submitted,

/s/Victor R. Farrugia
**VICTOR R. FARRUGIA** (#19324)
Farrugia Law Firm, LLC
1340 Poydras Street
Suite 2100
New Orleans, LA 70112
Telephone: (504) 525-0250
Email: vfarrugia@farrugialawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system which will send notice of electronic FILING to all counsel of record this this 25th day of May 2022.

/s/ Victor R. Farrugia
VICTOR R. FARRUGIA