# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 10, 2023
Lyle W. Cayce
Clerk

No. 22-30312

---

JEANELLE D. COOPER, *as the personal representative of* MR. JAMES L. COOPER, *for substitution in place and stead of* MR. JAMES L. COOPER, *deceased*,

*Plaintiff—Appellant*,

*versus*

CORNERSTONE CHEMICAL COMPANY,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-1454

---

Before JONES, WILLETT, and DOUGLAS, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Jun 21, 2023

Attest:
*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit